# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONYALE NAURICE GEORGE,<br><br>    Petitioner,<br><br>    v.<br><br>L.S. MCEWEN, Warden,<br><br>    Respondent. | Case No. ED CV 13-0439 VAP (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: October 17, 2013___

*Virginia A. Phillips*

_____

HON. VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE